**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
CARRIE HINTZ,                    )    3:15-cv-00135-HDM-VPC
                                 )
          Plaintiff,             )
                                 )    ORDER
vs.                              )
                                 )
PHC-ELKO, INC.,                  )
                                 )
          Defendant.             )
_____)
```

The defendant's motion for an extension of time to file responsive pleading (#6) is **GRANTED**. Defendant shall file a responsive pleading to plaintiff's complaint on or before March 24, 2015.

IT IS SO ORDERED.

DATED: This 10th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE