**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CARRIE HINTZ, | ) | 3:15-cv-00135-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| PHC-ELKO, INC., and LIFEPOINT RC, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

In light of the plaintiff's filing of an amended complaint on March 26, 2015, defendant PHC-Elko's motion to dismiss filed on March 24, 2015 (#14) is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

DATED: This 13th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE