JULIE CAVANAUGH-BILL, ESQ., NV Bar No. 11533
Cavanaugh-Bill Law Offices, LLC
401 Railroad St. Suite 307
Elko, NV 89801
Telephone:  (775) 753-4357
Facsimile:   (775) 753-4360
julie@cblawoffices.org

*Attorney for Plaintiff*

ANTHONY A. HALL, ESQ., NV Bar No. 5977
ahall@hollandhart.com
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511
Telephone:  (775) 327-3000
Facsimile:   (775) 786-6179

MARK W. PETERS, ESQ., TN Bar No. 018422 (*pro hac vice*)
K. COE HEARD, ESQ., TN Bar No. 029338 (*pro hac vice*)
mark.peters@wallerlaw.com
coe.heard@wallerlaw.com
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804

*Attorneys for Defendants PHC-ELKO, INC. d/b/a*
*Northeastern Nevada Regional Hospital and LifePoint RC, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRIE HINTZ,<br><br>      Plaintiff,<br><br>vs.<br><br>PHC-ELKO, INC., a domestic corporation, and LifePoint RC, Inc.,<br><br>      Defendants. | CASE NO. 3:15-CV-135-HDM-VPC<br><br>ORDER GRANTING<br>**AGREED ORDER CONCERNING RESPONSIVE PLEADING OF LIFEPOINT, RC, INC.** |

As evidenced by the signatures of counsel below, the parties have agreed that LifePoint, RC, Inc. shall not be required to file a responsive pleading to the Amended Complaint (Doc. Entry No. 15) until after the Court rules on the Motion to Dismiss the Amended Complaint (Doc. Entry No. 20).

**SO ORDERED, this** 24th **day of** April **, 2015.**

_____
Howard D. McKibben
United States District Court Judge

Agreed and approved for entry:

       s/ Julie Cavanaugh-Bill (with permission)
Julie Cavanaugh-Bill
Cavanaugh-Bill Law Offices, LLC
401 Railroad St. Suite 307
Elko, NV 89801
(775) 753-4357 (phone)
(775) 753-4360 (facsimile)
julie@cblawoffices.org

*Attorney for Plaintiff*

       s/ K. Coe Heard
Anthony L. Hall
Holland & Hart, LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
(775) 327-3000 (phone)
(775) 786-6179 (facsimile)
ahall@hollandhart.com

Mark W. Peters, TN BPR #018422 (*pro hac vice*)
K. Coe Heard, TN BPR #029338 (*pro hac vice*)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219
(615) 244-6380 (phone)
(615) 244-6804 (facsimile)
mark.peters@wallerlaw.com
coe.heard@wallerlaw.com

*Attorneys for Defendants PHC-ELKO, INC. d/b/a Northeastern Nevada Regional Hospital and LifePoint, RC, Inc.*

4846-7512-2211.1